UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number: 16-10084-CIV-MARTINEZ-GOODMAN**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

INGRID J. O'CONNOR,
    Defendant.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendant [ECF No. 11]. Upon review of the record, it appears that Defendant has indeed failed to answer or otherwise respond to the complaint. In addition, Plaintiff has submitted a motion for default judgment. [ECF No. 12]. Therefore, it is:

**ORDERED AND ADJUDGED** that

1. If Defendant fails to respond to the Complaint and/or move to set aside the Clerk's Default on or before **January 10, 2017**, then default final judgment may be entered. Simply put for individuals without an attorney, if Defendant does not send an objection to the Clerk of Court before the above deadline, then the Plaintiff may be able to take Defendant's property or money.

2. Plaintiff shall immediately send a copy of this Order to Defendant and file a certificate of service on the record.

3. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of December, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record